IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DEANNA BOYKIN and EUGENE BOYKIN, | * |
| Plaintiffs, | * |
| v. | * CV 119-156 |
| C. R. BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED, | * |
| Defendants. | * |

ORDER

Before the Court is the Parties' stipulation of dismissal without prejudice. (Doc. 25.) All parties signed the stipulation. Upon due consideration, the Court finds dismissal appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines, if any, and **CLOSE** this case. Each party shall bear its own costs, fees, and expenses.

**ORDER ENTERED** at Augusta, Georgia, this ___8th___ day of June, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA